# Court of Appeals
# of the State of Georgia

ATLANTA, October 27, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0077. CAMERON LANDRY v. CLAYTON FULLER.**

Cameron Landry has filed an emergency petition for a writ of mandamus, challenging the basis and legitimacy of his 2024 criminal convictions and requesting that those convictions be dismissed. Upon consideration of the petition and the arguments raised therein, the emergency petition for a writ of mandamus is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/27/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*